■ ROBERT GRASSI, Appellant, v GENESEE HOSPITAL, Respondent.—Order unanimously affirmed, with costs (CPLR 3130; see *Josephson v Cohen*, 57 AD2d 943). (Appeal from order of Monroe Supreme Court—interrogato-

ries.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.